IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
JAN 21 2026
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:26-cr-11-KDB |
| ) | |
| v. ) | **BILL OF INDICTMENT** |
| ) | |
| MIGUEL ANGEL GARCIA MARTINEZ ) | 18 U.S.C. § 111(a)(1) |
| ) | |

**THE GRAND JURY CHARGES:**

At the specified times and at all relevant times:

### COUNT ONE
18 U.S.C. § 111(a)(1)
(Assaulting, Resisting, Opposing, Impeding, and Interfering with Persons Performing Official Duties)

1. On or about November 16, 2025, in Charlotte, North Carolina, within the Western District of North Carolina, the defendant,

**MIGUEL ANGEL GARCIA MARTINEZ**

did forcibly assault, resist, oppose, impede, and interfere with Federal Officers or employees (as described in 18 U.S.C. § 1114), to wit Federal Officers of the United States Immigration and Customs Enforcement ("ICE"), who were engaged in or on account of the performance of

official duties, and in committing the acts did make physical contact with Federal Officers of ICE.

All in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL



FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

_Caryn Finley_
CARYN FINLEY
ASSISTANT UNITED STATES ATTORNEY